■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SHAWN FOUNTAIN, Appellant. [909 NYS2d 401]—Appeal by the defendant from a judgment of the Supreme Court, Westchester County (Neary, J.), rendered August 12, 2009, convicting him of criminal possession of a weapon in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see Anders v California*, 386 US 738 [1967]; *People v Paige*, 54 AD2d 631 [1976]; *cf. People v Gonzalez*, 47 NY2d 606 [1979]). Skelos, J.P., Santucci, Angiolillo, Hall and Roman, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TEVON GUESS, Appellant. [909 NYS2d 410]—Appeal by the defendant, as limited by his motion, from two sentences of the Supreme Court, Kings County (Brennan, J.), both imposed February 20, 2009, on the ground that the sentences were excessive.

Ordered that the sentences are affirmed. No opinion. Prudenti, P.J., Rivera, Angiolillo, Eng and Roman, JJ., concur.